COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| | § | No. 08-17-00016-CV |
| IN RE: EL PASO ELECTRIC COMPANY, | § | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | § | IN MANDAMUS |
| | § | |

## **MEMORANDUM OPINION**

Relator, El Paso Electric Company, has filed a mandamus petition asking that we issue the writ of mandamus against the Honorable Sergio H. Enriquez, Judge of the 448th District Court in El Paso County, Texas. Relator requests that we order Respondent to vacate an order which denied Relator's plea to the jurisdiction and to grant the plea to the jurisdiction. Relator has also filed a motion for emergency relief asking for a stay of all proceedings in the underlying case pending resolution of the mandamus. We deny both the motion for emergency relief and the petition for writ of mandamus.

To be entitled to mandamus relief, a relator generally must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. Based on the record before us, we

conclude that Relator has failed to establish it is entitled to mandamus relief. Accordingly, we deny the motion for emergency relief and the petition for writ of mandamus.

February 6, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.